IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY L. RICHARDSON** | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) CA No1:10-cv 0275-SJM-SPB |
| **CRAWFORD COUNTY CORRECTION AL FACILITY et al.,** | ) |
| Defendants | ) |

## **O R D E R**

AND NOW, this 15<u>th</u> day of August, 2013, the Court having been advised

that the parties have reached an agreement upon a settlement in the above-captioned matter,

IT IS HEREBY ORDERED that this case is marked administratively closed.

The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting

the stipulation.  It appears no further action is required by the Court at this time.


    S/Sean J. McLaughlin
    Sean J. McLaughlin,
    Chief United States District Judge


cc: all parties of record. nk